AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

*FILED*
APR 2 8 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

### ┌── OFFENSE CHARGED ──

See Attachment.

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

PENALTY:     See Attachment.

---

**── DEFENDANT - U.S**

▶ JOSEPH SOLICE ABBATE

DISTRICT COURT NUMBER

## CR11-00291 SBA

---

### ┌── PROCEEDING ──

Name of Complainant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

4-11-70419 MAG

Name and Office of Person Furnishing Information on this form     MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)     JAMES C. MANN, AUSA

---

### ── DEFENDANT ──

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction     } ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   If "Yes" give date filed
☐ No

**DATE OF ARREST** ▶             Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶     Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ── ADDITIONAL INFORMATION OR COMMENTS ──

**PROCESS:**
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____     Before Judge: _____

Comments:

## ATTACHMENT TO PENALTY SHEET FOR JOSEPH SOLICE ABBATE

**COUNTS ONE and FIVE: 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii) - Conspiracy To Possess With Intent To Distribute And To Distribute A Schedule II Controlled Substance (Methamphetamine).**

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 20 Years Imprisonment |
| (2) | Fine: | Maximum $8,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 10-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 10 Years Imprisonment |
| (2) | Fine: | Maximum $4,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 5-Year Term. |
| (4) | Special Assessment: | $100.00 |

**COUNT TWO: 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) - Possession With Intent To Distribute And Distribution Of A Schedule II Controlled Substance (Methamphetamine).**

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 10 Years Imprisonment |
| (2) | Fine: | Maximum $4,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 8-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 40 Years Imprisonment |
| | | Mandatory Minimum 5 Years Imprisonment |
| (2) | Fine: | Maximum $2,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 4-Year Term. |
| (4) | Special Assessment: | $100.00 |

**COUNTS SIX THROUGH SIXTEEN: 21 U.S.C. §§ 841(a)(1), (b)(1)(C) - Possession With Intent To Distribute And Distribution Of A Schedule II Controlled Substance (Methamphetamine).**

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 30 Years Imprisonment |
| (2) | Fine: | Maximum $2,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 6-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 20 Years Imprisonment |
| (2) | Fine: | Maximum $1,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 3-Year Term. |
| (4) | Special Assessment: | $100.00 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☐ SUPERSEDING

┌─ **OFFENSE CHARGED** ─────────────────┐

See Attachment.                         ☐ Petty
                                        ☐ Minor
                                        ☐ Misde-
                                            meanor
                                        ☒ Felony
PENALTY:
          See Attachment.

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

*FILED*

┌─ **DEFENDANT - U.S** ─────────────────┐

► SEAN WAYNE BECKETT

*APR 28 2011*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*OAKLAND*

**DISTRICT COURT NUMBER**
CR11-00291 *SBA*

┌──────────────────────────────────────┐
│            **DEFENDANT**              │

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court,
   give name of court

_____

☐ this person/proceeding is transferred from another district
   per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on motion
   of:
      ☐ U.S. ATTORNEY   ☐ DEFENSE   } SHOW DOCKET NO.

☐ this prosecution relates to a
   pending case involving this same
   defendant                         } MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s)
   before U.S. Magistrate regarding this
   defendant were recorded under      } 4-11-70451 MAG

Name and Office of Person
Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    JAMES C. MANN, AUSA

**IS _NOT_ IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding.
      If not detained give date any prior
      summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction        } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
      If answer to (6) is "Yes", show name of institution

_____

Has detainer ☐ Yes    If "Yes"
been filed?  ☐ No     give date
                       filed
**DATE OF**              Month/Day/Year
**ARREST** ►
                       _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED** ►   Month/Day/Year
**TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT    Bail Amount: _____
If Summons, complete following:
   ☐ Arraignment ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons or
Defendant Address:                        warrant needed, since Magistrate has scheduled arraignment

_____

Comments:                                 Date/Time: _____  Before Judge: _____

## ATTACHMENT TO PENALTY SHEET FOR SEAN WAYNE BECKETT

**COUNT FIVE: 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii) - Conspiracy To Possess With Intent To Distribute And To Distribute A Schedule II Controlled Substance (Methamphetamine).**

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 20 Years Imprisonment |
| (2) | Fine: | Maximum $8,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 10-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 10 Years Imprisonment |
| (2) | Fine: | Maximum $4,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 5-Year Term. |
| (4) | Special Assessment: | $100.00 |

**COUNT SIX: 21 U.S.C. §§ 841(a)(1), (b)(1)(C) - Possession With Intent To Distribute And Distribution Of A Schedule II Controlled Substance (Methamphetamine).**

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 30 Years Imprisonment |
| (2) | Fine: | Maximum $2,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 6-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 20 Years Imprisonment |
| (2) | Fine: | Maximum $1,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 3-Year Term. |
| (4) | Special Assessment: | $100.00 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
                                    ☐ SUPERSEDING

---

**OFFENSE CHARGED**

See Attachment.

☐ Petty
☐ Minor
☐ Misde-
  meanor
☒ Felony

PENALTY:   See Attachment.

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

*FILED*

**DEFENDANT - U.S**

APR 2 8 2011

► MARK JOSEPH BRUNO

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

## CR11-00291 *SBA*

---

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant } MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under } 4-11-70452 MAG

Name and Office of Person
Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   JAMES C. MANN, AUSA

---

## DEFENDANT

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding.
      If not detained give date any prior
      summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☒ On this charge

5) ☐ On another conviction }
                              ☐ Federal   ☐ State
6) ☐ Awaiting trial on other charges }

      If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   If "Yes"
been filed?    ☐ No    give date
                       filed
                                    Month/Day/Year
**DATE OF
ARREST**  ►

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY** ►   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                    Before Judge:

Comments:

## ATTACHMENT TO PENALTY SHEET FOR MARK JOSEPH BRUNO

**COUNT ONE:** 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii) - Conspiracy To Possess With Intent To Distribute And To Distribute A Schedule II Controlled Substance (Methamphetamine).

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 20 Years Imprisonment |
| (2) | Fine: | Maximum $8,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 10-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 10 Years Imprisonment |
| (2) | Fine: | Maximum $4,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 5-Year Term. |
| (4) | Special Assessment: | $100.00 |

**COUNT THREE:** 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) - Possession With Intent To Distribute And Distribution Of A Schedule II Controlled Substance (Methamphetamine).

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 10 Years Imprisonment |
| (2) | Fine: | Maximum $4,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 8-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 40 Years Imprisonment |
| | | Mandatory Minimum 5 Years Imprisonment |
| (2) | Fine: | Maximum $2,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 4-Year Term. |
| (4) | Special Assessment: | $100.00 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

─── OFFENSE CHARGED ───

See Attachment.

☐ Petty
☐ Minor
☐ Misde-
    meanor
☒ Felony

PENALTY:   See Attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED

APR 2 8 2011

─── DEFENDANT - U.S ───

► REGINALD SHAUN CARTER

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

CR11-00291 SBA

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

4-11-70450 MAG

Name and Office of Person Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JAMES C. MANN, AUSA

─── DEFENDANT ───

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding.
    If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

IS IN CUSTODY

4) ☒ On this charge

5) ☐ On another conviction   } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
    If answer to (6) is "Yes", show name of institution

_____

Has detainer been filed?  ☐ Yes  ☐ No

If "Yes" give date filed  _____

DATE OF ARREST ►   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ►   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

_____

Bail Amount: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:

## ATTACHMENT TO PENALTY SHEET FOR REGINALD SHAUN CARTER

**COUNT FIVE:** 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii) - Conspiracy To Possess With Intent To Distribute And To Distribute A Schedule II Controlled Substance (Methamphetamine).

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 20 Years Imprisonment |
| (2) | Fine: | Maximum $8,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 10-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 10 Years Imprisonment |
| (2) | Fine: | Maximum $4,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 5-Year Term. |
| (4) | Special Assessment: | $100.00 |

**COUNT SEVEN:** 21 U.S.C. §§ 841(a)(1), (b)(1)(C) - Possession With Intent To Distribute And Distribution Of A Schedule II Controlled Substance (Methamphetamine).

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 30 Years Imprisonment |
| (2) | Fine: | Maximum $2,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 6-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 20 Years Imprisonment |
| (2) | Fine: | Maximum $1,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 3-Year Term. |
| (4) | Special Assessment: | $100.00 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

See Attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See Attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
APR 2 8 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

#### DEFENDANT - U.S

▶ TOM LEE CORDOVA, SR.

DISTRICT COURT NUMBER

CR11-00291 SBA

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} 4-11-70432 MAG

Name and Office of Person
Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   JAMES C. MANN, AUSA

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction   } ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

## ATTACHMENT TO PENALTY SHEET FOR TOM LEE CORDOVA, SR.

**COUNT FIVE:  21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii) - Conspiracy To Possess With Intent To Distribute And To Distribute A Schedule II Controlled Substance (Methamphetamine).**

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 20 Years Imprisonment |
| (2) | Fine: | Maximum $8,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 10-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 10 Years Imprisonment |
| (2) | Fine: | Maximum $4,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 5-Year Term. |
| (4) | Special Assessment: | $100.00 |

**COUNT EIGHT: 21 U.S.C. §§ 841(a)(1), (b)(1)(C) - Possession With Intent To Distribute And Distribution Of A Schedule II Controlled Substance (Methamphetamine).**

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 30 Years Imprisonment |
| (2) | Fine: | Maximum $2,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 6-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 20 Years Imprisonment |
| (2) | Fine: | Maximum $1,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 3-Year Term. |
| (4) | Special Assessment: | $100.00 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

~FILED~

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION APR 2 8 2011

—— OFFENSE CHARGED ——

See Attachment.

☐ Petty

☐ Minor

☐ Misde-meanor

☒ Felony

PENALTY:      See Attachment.

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

—— DEFENDANT - U.S ——

▶ BILLIE WAYNE DEMPSEY, SR.

DISTRICT COURT NUMBER

# CR11-00291 SBA

—————————— DEFENDANT ——————————

—— PROCEEDING ——

Name of Complainant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY   ☐ DEFENSE   } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under   } MAGISTRATE CASE NO.

4-11-70449 MAG

Name and Office of Person
Furnishing Information on this form      MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)      JAMES C. MANN, AUSA

### IS NOT IN CUSTODY

Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

—————— ADDITIONAL INFORMATION OR COMMENTS ——————

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT      Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____   Before Judge: _____

Comments:

## ATTACHMENT TO PENALTY SHEET FOR BILLIE WAYNE DEMPSEY, SR.

**COUNT FIVE:** 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii) - Conspiracy To Possess With Intent To Distribute And To Distribute A Schedule II Controlled Substance (Methamphetamine).

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 20 Years Imprisonment |
| (2) | Fine: | Maximum $8,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 10-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 10 Years Imprisonment |
| (2) | Fine: | Maximum $4,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 5-Year Term. |
| (4) | Special Assessment: | $100.00 |

**COUNT NINE:** 21 U.S.C. §§ 841(a)(1), (b)(1)(C) - Possession With Intent To Distribute And Distribution Of A Schedule II Controlled Substance (Methamphetamine).

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 30 Years Imprisonment |
| (2) | Fine: | Maximum $2,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 6-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 20 Years Imprisonment |
| (2) | Fine: | Maximum $1,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 3-Year Term. |
| (4) | Special Assessment: | $100.00 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

---

### OFFENSE CHARGED

See Attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See Attachment.

---

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**

OAKLAND DIVISION

FILED

APR 2 8 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─ DEFENDANT - U.S

▶ EDWARD SANTOS ESPIRITU

DISTRICT COURT NUMBER

CR11-00291 SBA

---

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:        } SHOW DOCKET NO.
☐ U.S. ATTORNEY  ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant        } MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under        } 4-11-70448 MAG

Name and Office of Person
Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    JAMES C. MANN, AUSA

---

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction        }

6) ☐ Awaiting trial on other charges        }   ☐ Federal ☐ State

   If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes      If "Yes"
been filed?    ☐ No        give date
                           filed

**DATE OF
ARREST**  ▶                Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY**  ▶       Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

Comments:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                Before Judge:

## ATTACHMENT TO PENALTY SHEET FOR EDWARD SANTOS ESPIRITU

**COUNT FIVE:  21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii) - Conspiracy To Possess With Intent To Distribute And To Distribute A Schedule II Controlled Substance (Methamphetamine).**

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 20 Years Imprisonment |
| (2) | Fine: | Maximum $8,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 10-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 10 Years Imprisonment |
| (2) | Fine: | Maximum $4,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 5-Year Term. |
| (4) | Special Assessment: | $100.00 |

**COUNT TEN: 21 U.S.C. §§ 841(a)(1), (b)(1)(C) - Possession With Intent To Distribute And Distribution Of A Schedule II Controlled Substance (Methamphetamine).**

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 30 Years Imprisonment |
| (2) | Fine: | Maximum $2,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 6-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 20 Years Imprisonment |
| (2) | Fine: | Maximum $1,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 3-Year Term. |
| (4) | Special Assessment: | $100.00 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

---

**OFFENSE CHARGED**

See Attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See Attachment.

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} 4-11-70453 MAG

Name and Office of Person
Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   JAMES C. MANN, AUSA

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED

APR 28 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**

JAMES CALMA ESVER

DISTRICT COURT NUMBER

## CR11-00291

SBA

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) Has not been arrested, pending outcome this proceeding.
☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction
} ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   If "Yes"
been filed?   ☐ No   give date filed

DATE OF ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

## ATTACHMENT TO PENALTY SHEET FOR JAMES CALMA ESVER

**COUNT ONE:  21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii) - Conspiracy To Possess With Intent To Distribute And To Distribute A Schedule II Controlled Substance (Methamphetamine).**

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 20 Years Imprisonment |
| (2) | Fine: | Maximum $8,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 10-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 10 Years Imprisonment |
| (2) | Fine: | Maximum $4,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 5-Year Term. |
| (4) | Special Assessment: | $100.00 |

**COUNT FOUR:  21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) - Possession With Intent To Distribute And Distribution Of A Schedule II Controlled Substance (Methamphetamine).**

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 10 Years Imprisonment |
| (2) | Fine: | Maximum $4,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 8-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 40 Years Imprisonment |
| | | Mandatory Minimum 5 Years Imprisonment |
| (2) | Fine: | Maximum $2,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 4-Year Term. |
| (4) | Special Assessment: | $100.00 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

— OFFENSE CHARGED —

See Attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See Attachment.

~FILED~

— DEFENDANT - U.S —

APR 28 2011

▶ MICHAEL JOSEPH LAWRENCE

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

~SBA~

DISTRICT COURT NUMBER

## CR11-00291

— PROCEEDING —

Name of Complainant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} 4-11-70433 MAG

Name and Office of Person Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JAMES C. MANN, AUSA

— DEFENDANT —

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☒ On this charge

5) ☐ On another conviction
} ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed
Month/Day/Year

DATE OF ARREST ▶
Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶
Month/Day/Year

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                         Before Judge:

Comments:

**ATTACHMENT TO PENALTY SHEET FOR MICHAEL JOSEPH LAWRENCE**

**COUNT FIVE:** 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii) - Conspiracy To Possess With Intent To Distribute And To Distribute A Schedule II Controlled Substance (Methamphetamine).

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 20 Years Imprisonment |
| (2) | Fine: | Maximum $8,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 10-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 10 Years Imprisonment |
| (2) | Fine: | Maximum $4,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 5-Year Term. |
| (4) | Special Assessment: | $100.00 |

**COUNT ELEVEN:** 21 U.S.C. §§ 841(a)(1), (b)(1)(C) - Possession With Intent To Distribute And Distribution Of A Schedule II Controlled Substance (Methamphetamine).

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 30 Years Imprisonment |
| (2) | Fine: | Maximum $2,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 6-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 20 Years Imprisonment |
| (2) | Fine: | Maximum $1,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 3-Year Term. |
| (4) | Special Assessment: | $100.00 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

See Attachment.

☐ Petty
☐ Minor
☐ Misde-
     meanor
☒ Felony

PENALTY:   See Attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

*FILED*

*APR 28 2011*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*OAKLAND*

─── DEFENDANT - U.S ───

▶ HONORATO ESQUIVIAS PADILLA

DISTRICT COURT NUMBER

## CR11-00291

*SBA*

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE   } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under   } MAGISTRATE CASE NO.   4-11-70419 MAG

Name and Office of Person Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JAMES C. MANN, AUSA

─── DEFENDANT ───

IS *NOT* IN CUSTODY
   Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction   } ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   If "Yes" give date filed   Month/Day/Year

DATE OF ARREST ▶

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT
If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

Bail Amount:

*\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:   Before Judge:

Comments:

## ATTACHMENT TO PENALTY SHEET FOR HONORATO ESQUIVIAS PADILLA

**COUNT ONE:** 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii) - Conspiracy To Possess With Intent To Distribute And To Distribute A Schedule II Controlled Substance (Methamphetamine).

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 20 Years Imprisonment |
| (2) | Fine: | Maximum $8,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 10-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 10 Years Imprisonment |
| (2) | Fine: | Maximum $4,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 5-Year Term. |
| (4) | Special Assessment: | $100.00 |

**COUNT TWO:** 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) - Possession With Intent To Distribute And Distribution Of A Schedule II Controlled Substance (Methamphetamine).

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 10 Years Imprisonment |
| (2) | Fine: | Maximum $4,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 8-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 40 Years Imprisonment |
| | | Mandatory Minimum 5 Years Imprisonment |
| (2) | Fine: | Maximum $2,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 4-Year Term. |
| (4) | Special Assessment: | $100.00 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

**FILED**

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION APR 28 2011

---

### OFFENSE CHARGED

See Attachment.

☐ Petty

☐ Minor

☐ Misde-meanor

☒ Felony

PENALTY:

See Attachment.

┌─ DEFENDANT - U.S

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

▶ DEONZELLE ANTONIO PIERCE

DISTRICT COURT NUMBER

SBA

## CR11-00291

---

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

4-11-70434 MAG

Name and Office of Person
Furnishing Information on this form          MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)          JAMES C. MANN, AUSA

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
   ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

}  ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer
been filed?    ☐ Yes    If "Yes"
              ☐ No     give date
                       filed

**DATE OF
ARREST** ▶

Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY** ▶

Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:          Before Judge:

Comments:

### ATTACHMENT TO PENALTY SHEET FOR DEONZELLE ANTONIO PIERCE

**COUNT FIVE: 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii) - Conspiracy To Possess With Intent To Distribute And To Distribute A Schedule II Controlled Substance (Methamphetamine).**

   *If 851 Information alleging prior felony narcotics conviction filed:*

   (1)   Imprisonment:        Maximum Life Imprisonment
                              Mandatory Minimum 20 Years Imprisonment
   (2)   Fine:               Maximum $8,000,000
   (3)   Supervised Release:  Maximum Lifetime
                              Mandatory Minimum 10-Year Term
   (4)   Special Assessment:  $100.00

   *If 851 Information alleging prior felony narcotics conviction not filed:*

   (1)   Imprisonment:        Maximum Life Imprisonment
                              Mandatory Minimum 10 Years Imprisonment
   (2)   Fine:               Maximum $4,000,000
   (3)   Supervised Release:  Maximum Lifetime
                              Mandatory Minimum 5-Year Term.
   (4)   Special Assessment:  $100.00

**COUNT TWELVE: 21 U.S.C. §§ 841(a)(1), (b)(1)(C) - Possession With Intent To Distribute And Distribution Of A Schedule II Controlled Substance (Methamphetamine).**

   *If 851 Information alleging prior felony narcotics conviction filed:*

   (1)   Imprisonment:        Maximum 30 Years Imprisonment
   (2)   Fine:               Maximum $2,000,000
   (3)   Supervised Release:  Maximum Lifetime
                              Mandatory Minimum 6-Year Term
   (4)   Special Assessment:  $100.00

   *If 851 Information alleging prior felony narcotics conviction not filed:*

   (1)   Imprisonment:        Maximum 20 Years Imprisonment
   (2)   Fine:               Maximum $1,000,000
   (3)   Supervised Release:  Maximum Lifetime
                              Mandatory Minimum 3-Year Term.
   (4)   Special Assessment:  $100.00

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
   ☐ SUPERSEDING

─── OFFENSE CHARGED ───

See Attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See Attachment.

─── Name of District Court, and/or Judge/Magistrate Location ───

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED

APR 2 8 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── DEFENDANT - U.S ───

▶ DAVID LEO REAMS

DISTRICT COURT NUMBER

CR11-00291

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:                    SHOW DOCKET NO.
   ☐ U.S. ATTORNEY   ☐ DEFENSE }

☐ this prosecution relates to a pending case involving this same defendant          MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under } 4-11-70435 MAG

Name and Office of Person
Furnishing Information on this form      MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)      JAMES C. MANN, AUSA

─── DEFENDANT ───

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding.
      If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
      If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
   If "Yes" give date filed

DATE OF ARREST ▶      Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶      Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT      Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:          Before Judge:

Comments:

## ATTACHMENT TO PENALTY SHEET FOR DAVID LEO REAMS

**COUNT FIVE:** 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii) - Conspiracy To Possess With Intent To Distribute And To Distribute A Schedule II Controlled Substance (Methamphetamine).

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 20 Years Imprisonment |
| (2) | Fine: | Maximum $8,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 10-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 10 Years Imprisonment |
| (2) | Fine: | Maximum $4,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 5-Year Term. |
| (4) | Special Assessment: | $100.00 |

**COUNT THIRTEEN:** 21 U.S.C. §§ 841(a)(1), (b)(1)(C) - Possession With Intent To Distribute And Distribution Of A Schedule II Controlled Substance (Methamphetamine).

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 30 Years Imprisonment |
| (2) | Fine: | Maximum $2,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 6-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 20 Years Imprisonment |
| (2) | Fine: | Maximum $1,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 3-Year Term. |
| (4) | Special Assessment: | $100.00 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY:  ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

---OFFENSE CHARGED---

See Attachment.

☐ Petty

☐ Minor

☐ Misde-
meanor

☒ Felony

PENALTY:

See Attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED

APR 2 8 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---DEFENDANT - U.S---

► GARY CLAYTON RONDEAU

DISTRICT COURT NUMBER

CR11-00291

---PROCEEDING---

Name of Complaintant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:

☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

} MAGISTRATE
CASE NO.

☒ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

} 4-11-70436 MAG

Name and Office of Person
Furnishing Information on this form        MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)        JAMES C. MANN, AUSA

---DEFENDANT---

IS *NOT* IN CUSTODY

Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes    If "Yes"
been filed?    ☐ No    give date
filed

DATE OF
ARREST ►        Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY ►        Month/Day/Year

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:        Before Judge:

Comments:

## ATTACHMENT TO PENALTY SHEET FOR GARY CLAYTON RONDEAU

**COUNT FIVE:  21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii) - Conspiracy To Possess With Intent To Distribute And To Distribute A Schedule II Controlled Substance (Methamphetamine).**

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 20 Years Imprisonment |
| (2) | Fine: | Maximum $8,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 10-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 10 Years Imprisonment |
| (2) | Fine: | Maximum $4,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 5-Year Term. |
| (4) | Special Assessment: | $100.00 |

**COUNT FOURTEEN: 21 U.S.C. §§ 841(a)(1), (b)(1)(C) - Possession With Intent To Distribute And Distribution Of A Schedule II Controlled Substance (Methamphetamine).**

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 30 Years Imprisonment |
| (2) | Fine: | Maximum $2,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 6-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 20 Years Imprisonment |
| (2) | Fine: | Maximum $1,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 3-Year Term. |
| (4) | Special Assessment: | $100.00 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

─── OFFENSE CHARGED ───

See Attachment.

☐ Petty

☐ Minor

☐ Misde-meanor

☒ Felony

PENALTY:   See Attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED

APR 2 8 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── DEFENDANT - U.S ───

▶ RAMON RUBIO

DISTRICT COURT NUMBER

# CR11-00291 SBA

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO. }

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO. }

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

4-11-70419 MAG }

Name and Office of Person Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JAMES C. MANN, AUSA

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction }  ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No

If "Yes" give date filed

**DATE OF ARREST** ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:          Before Judge:

Comments:

## ATTACHMENT TO PENALTY SHEET FOR RAMON RUBIO

**COUNT ONE:  21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii) - Conspiracy To Possess With Intent To Distribute And To Distribute A Schedule II Controlled Substance (Methamphetamine).**

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 20 Years Imprisonment |
| (2) | Fine: | Maximum $8,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 10-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 10 Years Imprisonment |
| (2) | Fine: | Maximum $4,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 5-Year Term. |
| (4) | Special Assessment: | $100.00 |

**COUNTS TWO, THREE, and FOUR:  21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) - Possession With Intent To Distribute And Distribution Of A Schedule II Controlled Substance (Methamphetamine).**

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 10 Years Imprisonment |
| (2) | Fine: | Maximum $4,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 8-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 40 Years Imprisonment |
| | | Mandatory Minimum 5 Years Imprisonment |
| (2) | Fine: | Maximum $2,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 4-Year Term. |
| (4) | Special Assessment: | $100.00 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

See Attachment.

☐ Petty

☐ Minor

☐ Misde-
meanor

☒ Felony

PENALTY:
    See Attachment.

─── **PROCEEDING** ───

Name of Complainant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
    ☐ U.S. ATTORNEY ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☒ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

4-11-70431 MAG

Name and Office of Person
Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    JAMES C. MANN, AUSA

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

*FILED*

─── **DEFENDANT - U.S** ───

▶ MICHAEL JACOB SANCHEZ

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

APR 2 8 2011

DISTRICT COURT NUMBER

## CR11-00291

─── **DEFENDANT** ───

**IS NOT IN CUSTODY**
    Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
    summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer
been filed?
☐ Yes
☐ No

If "Yes"
give date
filed

**DATE OF
ARREST** ▶

Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY** ▶

Month/Day/Year

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

Bail Amount:

\* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

## ATTACHMENT TO PENALTY SHEET FOR MICHAEL JACOB SANCHEZ

**COUNT FIVE:** 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii) - Conspiracy To Possess With Intent To Distribute And To Distribute A Schedule II Controlled Substance (Methamphetamine).

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 20 Years Imprisonment |
| (2) | Fine: | Maximum $8,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 10-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 10 Years Imprisonment |
| (2) | Fine: | Maximum $4,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 5-Year Term. |
| (4) | Special Assessment: | $100.00 |

**COUNT FIFTEEN:** 21 U.S.C. §§ 841(a)(1), (b)(1)(C) - Possession With Intent To Distribute And Distribution Of A Schedule II Controlled Substance (Methamphetamine).

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 30 Years Imprisonment |
| (2) | Fine: | Maximum $2,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 6-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 20 Years Imprisonment |
| (2) | Fine: | Maximum $1,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 3-Year Term. |
| (4) | Special Assessment: | $100.00 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

See Attachment.

☐ Petty
☐ Minor
☐ Misde-
    meanor
☒ Felony

PENALTY:          See Attachment.

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

*FILED*
APR 2 8 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── **DEFENDANT - U.S** ───

▶ MAGEN MARIE SCHWARTZ

DISTRICT COURT NUMBER

# CR11-00291

─── **PROCEEDING** ───

Name of Complainant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:                   SHOW DOCKET NO.
    ☐ U.S. ATTORNEY   ☐ DEFENSE }

☐ this prosecution relates to a pending case involving this same defendant                   MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person
Furnishing Information on this form       MELINDA HAAG
                    ☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)       JAMES C. MANN, AUSA

─── **DEFENDANT** ───

**IS *NOT* IN CUSTODY**
    Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction }
6) ☐ Awaiting trial on other charges }   ☐ Federal   ☐ State

    If answer to (6) is "Yes", show name of institution

Has detainer      ☐ Yes       If "Yes"
been filed?       ☐ No        give date
                              filed
**DATE OF**                   Month/Day/Year
**ARREST**       ▶
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED**   ▶      Month/Day/Year
**TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT      Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance        * Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:                      Before Judge:

Comments:

## ATTACHMENT TO PENALTY SHEET FOR MAGEN MARIE SCHWARTZ

**COUNT FIVE:** **21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii) - Conspiracy To Possess With Intent To Distribute And To Distribute A Schedule II Controlled Substance (Methamphetamine).**

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 20 Years Imprisonment |
| (2) | Fine: | Maximum $8,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 10-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 10 Years Imprisonment |
| (2) | Fine: | Maximum $4,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 5-Year Term. |
| (4) | Special Assessment: | $100.00 |

**COUNT SIXTEEN:** **21 U.S.C. §§ 841(a)(1), (b)(1)(C) - Possession With Intent To Distribute And Distribution Of A Schedule II Controlled Substance (Methamphetamine).**

*If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 30 Years Imprisonment |
| (2) | Fine: | Maximum $2,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 6-Year Term |
| (4) | Special Assessment: | $100.00 |

*If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 20 Years Imprisonment |
| (2) | Fine: | Maximum $1,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 3-Year Term. |
| (4) | Special Assessment: | $100.00 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

─── OFFENSE CHARGED ───

See Attachment.

☐ Petty
☐ Minor
☐ Misde-
    meanor
☒ Felony

PENALTY:   See Attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED
APR 2 8 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── DEFENDANT - U.S ───

▶ JUAN JOSE VILLALOBOS LOPEZ

DISTRICT COURT NUMBER

CR11-00291 SBA

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.
4-11-70427 MAG

Name and Office of Person Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JAMES C. MANN, AUSA

─── DEFENDANT ───

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☒ On this charge

5) ☐ On another conviction
} ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

## ATTACHMENT TO PENALTY SHEET FOR JUAN JOSE VILLALOBOS LOPEZ

**COUNT ONE:** 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii) - Conspiracy To Possess With Intent To Distribute And To Distribute A Schedule II Controlled Substance (Methamphetamine).

### *If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 20 Years Imprisonment |
| (2) | Fine: | Maximum $8,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 10-Year Term |
| (4) | Special Assessment: | $100.00 |

### *If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 10 Years Imprisonment |
| (2) | Fine: | Maximum $4,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 5-Year Term. |
| (4) | Special Assessment: | $100.00 |

**COUNT THREE:** 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) - Possession With Intent To Distribute And Distribution Of A Schedule II Controlled Substance (Methamphetamine).

### *If 851 Information alleging prior felony narcotics conviction filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum Life Imprisonment |
| | | Mandatory Minimum 10 Years Imprisonment |
| (2) | Fine: | Maximum $4,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 8-Year Term |
| (4) | Special Assessment: | $100.00 |

### *If 851 Information alleging prior felony narcotics conviction not filed:*

| | | |
|---|---|---|
| (1) | Imprisonment: | Maximum 40 Years Imprisonment |
| | | Mandatory Minimum 5 Years Imprisonment |
| (2) | Fine: | Maximum $2,000,000 |
| (3) | Supervised Release: | Maximum Lifetime |
| | | Mandatory Minimum 4-Year Term. |
| (4) | Special Assessment: | $100.00 |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

FILED

APR 2 8 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### VENUE: OAKLAND

## CR11-00291 SBA

UNITED STATES OF AMERICA,

V.

JOSEPH SOLICE ABBATE,
aka, Sherman Joseph Fisher,
aka,"Butch,"
aka, "Mac Dre,"
aka, "Andre Hicks";
SEAN WAYNE BECKETT;
MARK JOSEPH BRUNO;
REGINALD SHAUN CARTER;
TOM LEE CORDOVA, SR.;
BILLIE WAYNE DEMPSEY, SR.;
EDWARD SANTOS ESPIRITU,
aka, "Eddie-boy";
JAMES CALMA ESVER;
MICHAEL JOSEPH LAWRENCE;
HONORATO ESQUIVIAS PADILLA;
DEONZELLE ANTONIO PIERCE,
aka, "Dubee";
DAVID LEO REAMS;
GARY CLAYTON RONDEAU;
RAMON RUBIO,
aka, Jose DeJesus Munoz,
aka, "Primo,"
aka, "Chuy";
MICHAEL JACOB SANCHEZ;

MAGEN MARIE SCHWARTZ; and
JUAN JOSE VILLALOBOS LOPEZ,
aka, "Juanito,"

DEFENDANT(S).

---

### INDICTMENT

21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii) – Conspiracy To Possess With Intent To
Distribute, And To Distribute, Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii),
(b)(1)(C) – Possession With Intent To Distribute/Distribution of Methamphetamine;  21 U.S.C.
§ 853(a) – Drug Forfeiture

A true bill.

_____
Foreman

Filed in open court this __28__ day of April 2011

_____
                                                    Clerk

Bail, $ _____

- no bail warrant as to Defendant Schwartz
- no process as to the other Defendants

1   MELINDA HAAG (CABN 132612)
    United States Attorney
2

3                                                FILED

4                                             APR 2 8 2011

5                                         RICHARD W. WIEKING
                                       CLERK, U.S. DISTRICT COURT
6                                    NORTHERN DISTRICT OF CALIFORNIA
                                               OAKLAND
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11  UNITED STATES OF AMERICA,          )   No. CR11-00291 SBA
                                       )
12          Plaintiff,                 )   VIOLATIONS: 21 U.S.C. §§ 846 and
                                       )   841(a)(1), (b)(1)(A)(viii) – Conspiracy To
13      v.                             )   Possess With Intent To Distribute, And To
                                       )   Distribute, Methamphetamine; 21 U.S.C. §§
14  JOSEPH SOLICE ABBATE,              )   841(a)(1), (b)(1)(B)(viii), (b)(1)(C) –
        aka, Sherman Joseph Fisher,    )   Possession With Intent To
15      aka,"Butch,"                   )   Distribute/Distribution of
        aka, "Mac Dre,"               )   Methamphetamine; 21 U.S.C.
16      aka, "Andre Hicks";           )   § 853(a) – Drug Forfeiture
    SEAN WAYNE BECKETT;                )
17  MARK JOSEPH BRUNO;                 )
    REGINALD SHAUN CARTER;             )   OAKLAND VENUE
18  TOM LEE CORDOVA, SR.;              )
    BILLIE WAYNE DEMPSEY, SR.;         )
19  EDWARD SANTOS ESPIRITU,            )
        aka, "Eddie-boy";             )
20  JAMES CALMA ESVER;                 )
    MICHAEL JOSEPH LAWRENCE;           )
21  HONORATO ESQUIVIAS PADILLA;        )
    DEONZELLE ANTONIO PIERCE,          )
22      aka, "Dubee";                 )
    DAVID LEO REAMS;                   )
23  GARY CLAYTON RONDEAU;              )
    RAMON RUBIO,                       )
24      aka, Jose DeJesus Munoz,       )
        aka, "Primo,"                 )
25      aka, "Chuy";                  )
    MICHAEL JACOB SANCHEZ;             )
26  MAGEN MARIE SCHWARTZ; and          )
    JUAN JOSE VILLALOBOS LOPEZ,        )
27      aka, "Juanito,"               )
                                       )
28          Defendants.                )
                                       )
    _____)

    INDICTMENT                    1

I N D I C T M E N T

The Grand Jury charges:

COUNT ONE:        (21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii) – Conspiracy To Possess
                  With Intent To Distribute And To Distribute Methamphetamine)

        Between September 27, 2010, and April 15, 2011, in the Northern District of California,

the defendants,

JOSEPH SOLICE ABBATE,
aka, Sherman Joseph Fisher,
aka,"Butch,"
aka, "Mac Dre,"
aka, "Andre Hicks";
MARK JOSEPH BRUNO;
JAMES CALMA ESVER;
HONORATO ESQUIVIAS PADILLA;
RAMON RUBIO,
aka, Jose DeJesus Munoz,
aka, "Primo,"
aka, "Chuy"; and
JUAN JOSE VILLALOBOS LOPEZ,
aka, "Juanito,"

did knowingly and intentionally conspire to possess with intent to distribute and to distribute a

Schedule II controlled substance, namely, at least 500 grams of a mixture and substance

containing a detectable amount of methamphetamine, in violation of Title 21, United States

Code, Sections 846 and 841(a)(1), (b)(1)(A)(viii).

COUNT TWO:        (21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) – Possession With Intent To
                  Distribute And Distribution Of Methamphetamine)

        On or about September 30, 2010, in the Northern District of California, the defendants,

JOSEPH SOLICE ABBATE,
aka, Sherman Joseph Fisher,
aka,"Butch,"
aka, "Mac Dre,"
aka, "Andre Hicks";
HONORATO ESQUIVIAS PADILLA; and
RAMON RUBIO,
aka, Jose DeJesus Munoz,
aka, "Primo,"
aka, "Chuy,"

did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

INDICTMENT                               2

1   controlled substance, namely, at least 50 grams of a mixture and substance containing a

2   detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections

3   841(a)(1), (b)(1)(B)(viii).

4   <u>COUNT THREE:</u>   (21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) – Possession With Intent To
                          Distribute And Distribution Of Methamphetamine)

6       On or about April 1, 2011, in the Northern District of California, the defendants,

7                       MARK JOSEPH BRUNO;
                        RAMON RUBIO,
8                   aka, Jose DeJesus Munoz,
                        aka, "Primo,"
9                   aka, "Chuy"; and
                JUAN JOSE VILLALOBOS LOPEZ,
10                      aka, "Juanito,"

11   did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

12   controlled substance, namely, at least 50 grams of a mixture and substance containing a

13   detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections

14   841(a)(1), (b)(1)(B)(viii).

15   <u>COUNT FOUR:</u>   (21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) – Possession With Intent To
                         Distribute And Distribution Of Methamphetamine)

17       On or about March 29, 2011, in the Northern District of California, the defendants,

18                      JAMES CALMA ESVER; and
                        RAMON RUBIO,
19                  aka, Jose DeJesus Munoz,
                        aka, "Primo,"
20                  aka, "Chuy,"

21   did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

22   controlled substance, namely, at least 50 grams of a mixture and substance containing a

23   detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections

24   841(a)(1), (b)(1)(B)(viii).

25   ////

26   ////

27   ////

28   ////

INDICTMENT                            3

COUNT FIVE:        (21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)(viii) – Conspiracy To Possess
                   With Intent To Distribute And To Distribute Methamphetamine)

Between September 27, 2010, and April 15, 2011, in the Northern District of California, the defendants,

JOSEPH SOLICE ABBATE,
aka, Sherman Joseph Fisher,
aka,"Butch,"
aka, "Mac Dre,"
aka, "Andre Hicks";
SEAN WAYNE BECKETT;
REGINALD SHAUN CARTER;
TOM LEE CORDOVA, SR.;
BILLIE WAYNE DEMPSEY, SR.;
EDWARD SANTOS ESPIRITU,
aka, "Eddie-boy";
MICHAEL JOSEPH LAWRENCE;
DEONZELLE ANTONIO PIERCE,
aka, "Dubee";
DAVID LEO REAMS;
GARY CLAYTON RONDEAU;
MICHAEL JACOB SANCHEZ; and
MAGEN MARIE SCHWARTZ,

did knowingly and intentionally conspire to possess with intent to distribute and to distribute a Schedule II controlled substance, namely, at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(A)(viii).

COUNT SIX:        (21 U.S.C. §§ 841(a)(1), (b)(1)(C) – Possession With Intent To
                  Distribute And Distribution Of Methamphetamine)

On or about January 17, 2011, in the Northern District of California, the defendants,

JOSEPH SOLICE ABBATE,
aka, Sherman Joseph Fisher,
aka,"Butch,"
aka, "Mac Dre,"
aka, "Andre Hicks"; and
SEAN WAYNE BECKETT,

did knowingly and intentionally possess with intent to distribute and distribute a Schedule II controlled substance, namely, a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

INDICTMENT                        4

1   COUNT SEVEN:   (21 U.S.C. §§ 841(a)(1), (b)(1)(C) – Possession With Intent To Distribute And Distribution Of Methamphetamine)

2

3       On or about January 29, 2011, in the Northern District of California, the defendants,

4           JOSEPH SOLICE ABBATE,
           aka, Sherman Joseph Fisher,
5              aka,"Butch,"
            aka, "Mac Dre,"
6          aka, "Andre Hicks"; and
          REGINALD SHAUN CARTER,

7

8   did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

9   controlled substance, namely, a mixture and substance containing a detectable amount of

10   methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

11   COUNT EIGHT:   (21 U.S.C. §§ 841(a)(1), (b)(1)(C) – Possession With Intent To Distribute And Distribution Of Methamphetamine)

12

13       On or about January 18, 2011, in the Northern District of California, the defendants,

14           JOSEPH SOLICE ABBATE,
           aka, Sherman Joseph Fisher,
15             aka,"Butch,"
            aka, "Mac Dre,"
16          aka, "Andre Hicks"; and
          TOM LEE CORDOVA, SR.,

17

18   did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

19   controlled substance, namely, a mixture and substance containing a detectable amount of

20   methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

21   COUNT NINE:   (21 U.S.C. §§ 841(a)(1), (b)(1)(C) – Possession With Intent To Distribute And Distribution Of Methamphetamine)

22

23       On or about December 28, 2010, in the Northern District of California, the defendants,

24           JOSEPH SOLICE ABBATE,
           aka, Sherman Joseph Fisher,
25             aka,"Butch,"
            aka, "Mac Dre,"
26          aka, "Andre Hicks"; and
          BILLIE WAYNE DEMPSEY, SR.,

27

28   did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

INDICTMENT              5

1   controlled substance, namely, a mixture and substance containing a detectable amount of

2   methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

3   COUNT TEN:          (21 U.S.C. §§ 841(a)(1), (b)(1)(C) – Possession With Intent To
                        Distribute And Distribution Of Methamphetamine)

4

5       On or about January 14, 2011, in the Northern District of California, the defendants,

6                           JOSEPH SOLICE ABBATE,
                            aka, Sherman Joseph Fisher,
7                              aka,"Butch,"
                             aka, "Mac Dre,"
8                         aka, "Andre Hicks"; and
                          EDWARD SANTOS ESPIRITU,
9                           aka, "Eddie-boy,"

10  did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

11  controlled substance, namely, a mixture and substance containing a detectable amount of

12  methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

13  COUNT ELEVEN:       (21 U.S.C. §§ 841(a)(1), (b)(1)(C) – Possession With Intent To
                        Distribute And Distribution Of Methamphetamine)

14

15      On or about October 26, 2010, in the Northern District of California, the defendants,

16                          JOSEPH SOLICE ABBATE,
                            aka, Sherman Joseph Fisher,
17                             aka,"Butch,"
                             aka, "Mac Dre,"
18                        aka, "Andre Hicks"; and
                          MICHAEL JOSEPH LAWRENCE,

19

20  did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

21  controlled substance, namely, a mixture and substance containing a detectable amount of

22  methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

23  COUNT TWELVE:       (21 U.S.C. §§ 841(a)(1), (b)(1)(C) – Possession With Intent To
                        Distribute And Distribution Of Methamphetamine)

24

25      On or about January 23, 2011, in the Northern District of California, the defendants,

26                          JOSEPH SOLICE ABBATE,
                            aka, Sherman Joseph Fisher,
27                             aka, "Butch,"
                             aka, "Mac Dre,"
28                        aka, "Andre Hicks"; and
                          DEONZELLE ANTONIO PIERCE,

INDICTMENT                          6

1                                                     aka, "Dubee,"

2   did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

3   controlled substance, namely, a mixture and substance containing a detectable amount of

4   methamphetamine, in violation of Title 21, United States Code, Sections 846 and 841(a)(1),

5   (b)(1)(C).

6   <u>COUNT THIRTEEN</u>:        (21 U.S.C. §§ 841(a)(1), (b)(1)(C) – Possession With Intent To

7                                         Distribute And Distribution Of Methamphetamine)

8        On or about September 30, 2010, in the Northern District of California, the defendants,

9                                 JOSEPH SOLICE ABBATE,

10                           aka, Sherman Joseph Fisher,
                                      aka,"Butch,"

11                                 aka, "Mac Dre,"
                                aka, "Andre Hicks"; and

12                                 DAVID LEO REAMS,

13   did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

14   controlled substance, namely, a mixture and substance containing a detectable amount of

15   methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

16   <u>COUNT FOURTEEN</u>:      (21 U.S.C. §§ 841(a)(1), (b)(1)(C) – Possession With Intent To

17                                         Distribute And Distribution Of Methamphetamine)

18        On or about October 1, 2010, in the Northern District of California, the defendants,

19                                 JOSEPH SOLICE ABBATE,

20                           aka, Sherman Joseph Fisher,
                                        aka,"Butch,"

21                                 aka, "Mac Dre,"
                                aka, "Andre Hicks"; and

22                               GARY CLAYTON RONDEAU,

23   did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

24   controlled substance, namely, a mixture and substance containing a detectable amount of

25   methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

26   <u>COUNT FIFTEEN</u>:     (21 U.S.C. §§ 841(a)(1), (b)(1)(C) – Possession With Intent To

27                                     Distribute And Distribution Of Methamphetamine)

28        On or about January 18, 2011, in the Northern District of California, the defendants,

INDICTMENT                                7

1          JOSEPH SOLICE ABBATE,
aka, Sherman Joseph Fisher,
2          aka, "Butch,"
aka, "Mac Dre,"
3          aka, "Andre Hicks"; and
MICHAEL JACOB SANCHEZ,

4

5  did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

6  controlled substance, namely, a mixture and substance containing a detectable amount of

7  methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

8  <u>COUNT SIXTEEN</u>:   (21 U.S.C. §§ 841(a)(1), (b)(1)(C) – Possession With Intent To
Distribute And Distribution Of Methamphetamine)

9

10       On or about October 6, 2010, in the Northern District of California, the defendants,

11         JOSEPH SOLICE ABBATE,
aka, Sherman Joseph Fisher,
12         aka, "Butch,"
aka, "Mac Dre,"
13         aka, "Andre Hicks"; and
MAGEN MARIE SCHWARTZ,

14

15  did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

16  controlled substance, namely, a mixture and substance containing a detectable amount of

17  methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

18  <u>FORFEITURE ALLEGATION</u>:   (21 U.S.C. § 853(a) – Drug Forfeiture)

19      1.    The factual allegations contained in Counts One through Sixteen of this

20  Indictment are realleged and by this reference fully incorporated herein for the purpose of

21  alleging forfeiture pursuant to the provisions of 21 U.S.C. §§ 853(a)(1) and (2).

22      2.    Upon a conviction of any of the offenses alleged in Counts One through Sixteen,

23  the defendants,

24         JOSEPH SOLICE ABBATE,
aka, Sherman Joseph Fisher,
25         aka, "Butch,"
aka, "Mac Dre,"
26         aka, "Andre Hicks";
SEAN WAYNE BECKETT;
27         MARK JOSEPH BRUNO;
REGINALD SHAUN CARTER;
28         TOM LEE CORDOVA, SR.;
BILLIE WAYNE DEMPSEY, SR.;

INDICTMENT               8

EDWARD SANTOS ESPIRITU,
aka, "Eddie-boy";
JAMES CALMA ESVER;
MICHAEL JOSEPH LAWRENCE;
HONORATO ESQUIVIAS PADILLA;
DEONZELLE ANTONIO PIERCE,
aka, "Dubee";
DAVID LEO REAMS;
GARY CLAYTON RONDEAU;
RAMON RUBIO,
aka, Jose DeJesus Munoz,
aka, "Primo,"
aka, "Chuy";
MICHAEL JACOB SANCHEZ;
MAGEN MARIE SCHWARTZ; and
JUAN JOSE VILLALOBOS LOPEZ,
aka, "Juanito,"

shall forfeit to the United States all right, title, and interest in property constituting and derived

from any proceeds defendant obtained, directly or indirectly, as a result of said violation, and any

property used, or intended to be used, in any manner or part, to commit, or to facilitate the

commission of the said violation.

   3.  If, as a result of any act or omission of the defendants, any of said property

     a.  cannot be located upon the exercise of due diligence;

     b.  has been transferred or sold to or deposited with, a third person;

     c.  has been placed beyond the jurisdiction of the Court;

     d.  has been substantially diminished in value; or

     e.  has been commingled with other property which cannot be divided without

       difficulty;

any and all interest defendants have in any other property (not to exceed the value of the above

////

////

////

////

////

////

////

INDICTMENT        9

forfeitable property) shall be forfeited to the United States.

Pursuant to 21 U.S.C. §§ 853(a)(1) and (2), (p) and Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED:       April 28 2011                                    A TRUE BILL.

                                                              FOREPERSON

MELINDA HAAG
United States Attorney

MAUREEN BESSETTE
Chief, Oakland Branch

(Approved as to form:                            )
                           AUSA GARTH HIRE
                           AUSA JAMES C. MANN

INDICTMENT                          10