MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
JAMES C. MANN (CABN 221603)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail:   Garth.Hire@usdoj.gov
                James.C.Mann@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00291 SBA |
|     Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| JOSEPH SOLICE ABBATE, | ) | Date:    May 2, 2011 |
|    aka, Sherman Joseph Fisher, | ) |            May 3, 2011 |
|    aka, "Butch," | ) | Time:   9:30 a.m. |
|    aka, "Mac Dre," | ) | Court:  Hon. Donna M. Ryu |
|    aka, "Andre Hicks"; | ) | |
| SEAN WAYNE BECKETT; | ) | |
| MARK JOSEPH BRUNO; | ) | |
| REGINALD SHAUN CARTER; | ) | |
| TOM LEE CORDOVA, SR.; | ) | |
| BILLIE WAYNE DEMPSEY, SR.; | ) | |
| EDWARD SANTOS ESPIRITU, | ) | |
|    aka, "Eddie-boy"; | ) | |
| JAMES CALMA ESVER; | ) | |
| MICHAEL JOSEPH LAWRENCE; | ) | |
| HONORATO ESQUIVIAS PADILLA; | ) | |
| DEONZELLE ANTONIO PIERCE, | ) | |
|    aka, "Dubee"; | ) | |
| DAVID LEO REAMS; | ) | |
| GARY CLAYTON RONDEAU; | ) | |
| RAMON RUBIO, | ) | |
|    aka, Jose DeJesus Munoz, | ) | |
|    aka, "Primo," | ) | |
|    aka, "Chuy"; | ) | |
| MICHAEL JACOB SANCHEZ; | ) | |

ORDER RE: TIME EXCLUSION
CR-11-00291 SBA                       1

| | |
|---|---|
| MAGEN MARIE SCHWARTZ; and | ) |
| JUAN JOSE VILLALOBOS LOPEZ, | ) |
| aka, "Juanito," | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Defendants are charged in a sixteen-count indictment with (1) conspiracy to possess with the intent to distribute and to distribute methamphetamine, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(viii); and (2) possession with intent to distribute, and distribution of, methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii), and 841(b)(1)(C).  On May 2, 2011 and May 3, 2011, defendants were arraigned by this Court on the indictment.  With the agreement of the parties, this Court set the matter for a status hearing before the Honorable Saundra Brown Armstrong on June 28, 2011 at 10:00 a.m.

Additionally, the parties agreed to an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. § 3161) from May 2, 2011 to June 28, 2011, in light of (1) the need for defense counsel to review discovery produced by the United States and to investigate this matter, and (2) defense counsels' other scheduled case commitments during that time period.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, and would unreasonably deny defendants continuity of counsel, taking into account the exercise of due diligence.  More specifically, the United States has produced substantial discovery to defendants, including draft linesheets from the wiretaps, surveillance reports, information regarding defendants' criminal histories, and documents related to the authorization of the wiretaps.  The United States will continue to produce discovery to defendants, including the recorded calls from the wiretaps, and reports from the search warrants executed on some of the defendants' residences.  Given these circumstances, the Court found that the ends of justice served by excluding the period from May 2, 2011 to June 28, 2011 outweighed the best interest of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

ORDER RE: TIME EXCLUSION
CR-11-00291 SBA                                2

1  IT IS HEREBY ORDERED that:

2  With the consent of defendants, the period from May 2, 2011 to June 28, 2011 is
3  excluded from the Speedy Trial Act calculations for effective preparation of counsel, continuity
4  of defense counsel, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

5  IT IS SO ORDERED.

7  DATED: May 6, 2011

8  _____
   HONORABLE DONNA M. RYU
   United States Magistrate Judge