1
2
3
4
5
6
7
8
9
10                              UNITED STATES DISTRICT COURT
11                             NORTHERN DISTRICT OF CALIFORNIA
12                                      OAKLAND DIVISION
13

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-00291 SBA |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| v. ) | STIPULATED REQUEST TO CONTINUE |
| ) | HEARING DATE TO JULY 26, 2011 AND |
| JOSEPH SOLICE ABBATE, ) | TO EXCLUDE TIME UNDER THE SPEEDY |
| aka, Sherman Joseph Fisher, ) | TRIAL ACT |
| aka, "Butch," ) | |
| aka, "Mac Dre," ) | Date:   June 28, 2011 |
| aka, "Andre Hicks"; ) | Time:   10:00 a.m. |
| SEAN WAYNE BECKETT; ) | Court:  Hon. Saundra Brown Armstrong |
| MARK JOSEPH BRUNO; ) | |
| REGINALD SHAUN CARTER; ) | |
| TOM LEE CORDOVA, SR.; ) | |
| BILLIE WAYNE DEMPSEY, SR.; ) | |
| EDWARD SANTOS ESPIRITU, ) | |
| aka, "Eddie-boy"; ) | |
| JAMES CALMA ESVER; ) | |
| MICHAEL JOSEPH LAWRENCE; ) | |
| HONORATO ESQUIVIAS PADILLA; ) | |
| DEONZELLE ANTONIO PIERCE, ) | |
| aka, "Dubee"; ) | |
| DAVID LEO REAMS; ) | |
| GARY CLAYTON RONDEAU; ) | |
| RAMON RUBIO, ) | |
| aka, Jose DeJesus Munoz, ) | |
| aka, "Primo," ) | |
| aka, "Chuy"; ) | |

STIP. REQ. TO CONTINUE HEARING TO JULY 26, 2011 AND TO EXCLUDE TIME
CR-11-00291 SBA                               4

| | |
|---|---|
| MICHAEL JACOB SANCHEZ; <br> MAGEN MARIE SCHWARTZ; and <br> JUAN JOSE VILLALOBOS LOPEZ, <br> aka, "Juanito," <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

The parties jointly requested that the status hearing in this matter be continued from June 28, 2011 to July 26, 2011, and that time be excluded under the Speedy Trial Act between those dates to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

Defendants are charged in a sixteen-count indictment with (1) conspiracy to possess with the intent to distribute and to distribute methamphetamine, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(viii); and (2) possession with intent to distribute, and distribution of, methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii), and 841(b)(1)(C).  On May 2, 2011 and May 3, 2011, defendants were arraigned on the indictment.  The United States has produced substantial discovery to defendants, including draft linesheets from the wiretaps, recorded telephone calls from the wiretaps, surveillance reports, reports and photographs from search warrants that were executed, information regarding defendants' criminal histories (including police reports related to prior arrests), documents related to the authorization of the search warrants, and documents related to the authorization of the wiretaps.  The government has additional material discovery to provide to defense counsel.  Defense counsel need additional time to review the discovery that has been produced, to discuss the evidence with their respective clients, and to investigate the matter.

The parties agree to an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. § 3161) from June 28, 2011 to July 26, 2011, in light of (1) the need for defense counsel to review discovery produced by the United States, to discuss the evidence with their respective clients, and to investigate this matter, and (2) defense counsels' other scheduled case commitments during that time period.  The extension is not sought for delay.  The parties agree the ends of

1  justice served by granting the continuance outweigh the best interest of the public and the
2  defendants in a speedy trial.  For these stated reasons, the Court finds that the ends of justice
3  served by granting the continuance outweigh the best interest of the public and the defendants in
4  a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
5  (B)(iv),

6  **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from June
7  28, 2011 to July 26, 2011 at 10:00 a.m. before this Court, and that time between June 28, 2011
8  and July 26, 2011 is excluded under the Speedy Trial Act to allow for the effective preparation
9  of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

12  DATED: June 24, 2011

    _____
    HON. SAUNDRA BROWN ARMSTRONG
    United States District Court Judge