1
2
3
4
5
6
7
8
9
10                            UNITED STATES DISTRICT COURT
11                           NORTHERN DISTRICT OF CALIFORNIA
12                                    OAKLAND DIVISION
13

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>    Plaintiff,   )<br>  )<br>v.   )<br>  )<br>JOSEPH SOLICE ABBATE,   )<br>  aka, Sherman Joseph Fisher,   )<br>  aka, "Butch,"   )<br>  aka, "Mac Dre,"   )<br>  aka, "Andre Hicks";   )<br>MARK JOSEPH BRUNO;   )<br>JAMES CALMA ESVER;   )<br>RAMON RUBIO,   )<br>  aka, Jose DeJesus Munoz,   )<br>  aka, "Primo,"   )<br>  aka, "Chuy";   )<br>JUAN JOSE VILLALOBOS LOPEZ,   )<br>  aka, "Juanito,"   )<br>  )<br>    Defendants.   )<br>_____)  | No. CR-11-00291 SBA<br><br>ORDER GRANTING<br>STIPULATED REQUEST TO CONTINUE<br>HEARING DATE TO OCTOBER 17, 2011<br>AND TO EXCLUDE TIME UNDER THE<br>SPEEDY TRIAL ACT<br><br>Date:    October 3, 2011<br>Time:    10:00 a.m.<br>Court:   Hon. Saundra Brown Armstrong |

The parties jointly requested that the status hearing in this matter be continued from October 3, 2011 to October 17, 2011, and that time be excluded under the Speedy Trial Act between those dates to allow for the effective preparation of counsel, taking into account the

STIP. REQ. TO CONTINUE HEARING TO OCTOBER 17, 2011 AND TO EXCLUDE TIME
CR-11-00291 SBA                         4

1  exercise of due diligence, and continuity of defense counsel.

2  The remaining five defendants, along with twelve co-defendants, were charged in a
3  sixteen-count indictment with (1) conspiracy to possess with the intent to distribute and to
4  distribute methamphetamine, in violation of Title 21, United States Code, Sections 846,
5  841(a)(1), and 841(b)(1)(A)(viii); and (2) possession with intent to distribute, and distribution of,
6  methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1),
7  841(b)(1)(B)(viii), and 841(b)(1)(C).  On May 2, 2011 and May 3, 2011, defendants were
8  arraigned on the indictment.  Twelve defendants have since pleaded guilty or have scheduled
9  change of plea hearings.  The United States has produced substantial discovery to defendants,
10  including draft linesheets from the wiretaps, recorded telephone calls from the wiretaps,
11  surveillance reports, reports and photographs from search warrants that were executed,
12  information regarding defendants' criminal histories (including police reports related to prior
13  arrests), documents related to the authorization of the search warrants, and documents related to
14  the authorization of the wiretaps.  Defense counsel need additional time to review the discovery
15  that has been produced, to discuss the evidence with their respective clients, and to investigate
16  the matter.

17  The parties agree to an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. §
18  3161) from October 3, 2011 to October 17, 2011, in light of (1) the need for defense counsel to
19  review discovery produced by the United States, to discuss the evidence with their respective
20  clients, and to investigate this matter, and (2) defense counsels' other scheduled case
21  commitments during that time period.  The extension is not sought for delay.  The parties agree
22  the ends of justice served by granting the continuance outweigh the best interest of the public
23  and the defendants in a speedy trial.  For these stated reasons, the Court finds that the ends of
24  justice served by granting the continuance outweigh the best interest of the public and the
25  defendants in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§
26  3161(h)(7)(A) and (B)(iv),

27  **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
28  October 3, 2011 to October 17, 2011 at 10:00 a.m. before this Court, and that time between

STIP. REQ. TO CONTINUE HEARING TO OCTOBER 17, 2011 AND TO EXCLUDE TIME
CR-11-00291 SBA                           5

1  October 3, 2011 and October 17, 2011 is excluded under the Speedy Trial Act to allow for the
2  effective preparation of counsel, taking into account the exercise of due diligence, and continuity
3  of defense counsel.

4

5

6  DATED: 9/28/11                                    _____
                                                     HON. SAUNDRA BROWN ARMSTRONG
7                                                    United States District Court Judge