1
2
3
4
5
6
7
8
9
10
UNITED STATES DISTRICT COURT

11
NORTHERN DISTRICT OF CALIFORNIA

12
OAKLAND DIVISION

13

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  No.  CR-11-00291 SBA |
| Plaintiff, | ) |
| | ) |
| v. | )  [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO DECEMBER 12, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| JOSEPH SOLICE ABBATE, aka, Sherman Joseph Fisher, aka,"Butch," aka, "Mac Dre," aka, "Andre Hicks"; | ) |
| JAMES CALMA ESVER; | )  Date:        October 17, 2011 |
| RAMON RUBIO, aka, Jose DeJesus Munoz, aka, "Primo," aka, "Chuy," | )  Time:        10:00 a.m.  Court:       Hon. Saundra Brown Armstrong |
| Defendants. | ) |

The parties jointly requested that the status hearing in this matter be continued from October 17, 2011 to December 12, 2011, and that time be excluded under the Speedy Trial Act between those dates to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

1    The remaining three defendants, along with fourteen co-defendants, were charged in a

2    sixteen-count indictment with (1) conspiracy to possess with the intent to distribute and to

3    distribute methamphetamine, in violation of Title 21, United States Code, Sections 846,

4    841(a)(1), and 841(b)(1)(A)(viii); and (2) possession with intent to distribute, and distribution of,

5    methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1),

6    841(b)(1)(B)(viii), and 841(b)(1)(C).  On May 2, 2011 and May 3, 2011, defendants were

7    arraigned on the indictment.  Fourteen defendants have since pleaded guilty or have scheduled

8    change of plea hearings.  The United States has produced substantial discovery to defendants,

9    including draft linesheets from the wiretaps, recorded telephone calls from the wiretaps,

10   surveillance reports, reports and photographs from search warrants that were executed,

11   information regarding defendants' criminal histories (including police reports related to prior

12   arrests), documents related to the authorization of the search warrants, and documents related to

13   the authorization of the wiretaps.  Defense counsel need additional time to review the discovery

14   that has been produced, to discuss the evidence with their respective clients, and to investigate

15   the matter.

16       The parties agree to an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. §

17   3161) from October 14, 2011 to December 12, 2011, in light of (1) the need for defense counsel

18   to review discovery produced by the United States, to discuss the evidence with their respective

19   clients, and to investigate this matter, and (2) defense counsels' other scheduled case

20   commitments during that time period.  The extension is not sought for delay.  The parties agree

21   the ends of justice served by granting the continuance outweigh the best interest of the public

22   and the defendants in a speedy trial.  For these stated reasons, the Court finds that the ends of

23   justice served by granting the continuance outweigh the best interest of the public and the

24   defendants in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§

25   3161(h)(7)(A) and (B)(iv),

26       **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from

27   October 17, 2011 to December 12, 2011 at 10:00 a.m. before this Court, and that time between

28   October 14, 2011 and December 12, 2011 is excluded under the Speedy Trial Act to allow for

the effective preparation of counsel, taking into account the exercise of due diligence, and

continuity of defense counsel.


DATED: 10/14, 2011

HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge