1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6      Oakland, CA 94612
      Telephone: (510) 637-3680
7      Fax: (510) 637-3724
      E-Mail:  James.C.Mann@usdoj.gov
8
9  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )   No. CR-11-00291 SBA
                                       )
14          Plaintiff,                 )   STIPULATED REQUEST TO SET
                                       )   CHANGE OF PLEA AND SENTENCING
15  v.                                 )   ON MAY 28, 2012 AND TO EXCLUDE
                                       )   TIME UNDER THE SPEEDY TRIAL ACT
16  JOSEPH SOLICE ABBATE,              )
                                       )   Date:      February 27, 2012
17          Defendant.                 )   Time:      10:00 a.m.
                                       )   Court:     Hon. Saundra Brown
18                                     )              Armstrong
                                       )
19  _____ )

20          The above-captioned matter is set on February 27, 2012 before this Court for a status

21  hearing.  The parties request that this Court vacate that date as to Mr. Abbate and set this matter

22  for change of plea and sentencing on May 28, 2012 at 10:00 a.m., and that the Court exclude

23  time under the Speedy Trial Act between the date of this stipulation and May 28, 2012.

24          The parties have reached an agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules

25  of Criminal Procedure and will submit the proposed plea agreement to the Court at the same time

26  as this stipulation.  To allow time for the Court to consider the proposed plea agreement and for

27  the preparation of a Presentence Investigation Report by the United States Probation Office, the

28  parties request that this matter be set on May 28, 2012 at 10:00 a.m. for change of plea and

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON MAY 28, 2012 & TO EXCLUDE TIME
No. CR-11-00291 SBA

sentencing (assuming the proposed plea agreement is acceptable to the Court). Defendant agrees that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Since the proposed plea agreement has been submitted to the Court, the parties further stipulate and agree that the time between February 24, 2012 and May 28, 2012 should be excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.


DATED: February 24, 2012


_____/s/_____                    _____/s/_____
JAMES C. MANN                                  DAVID L. ANDERSEN
Assistant United States Attorney               Counsel for Defendant
Counsel for United States

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11   UNITED STATES OF AMERICA,        )    No. CR-11-00291 SBA
                                      )
12            Plaintiff,              )    ORDER GRANTING STIPULATED
                                      )    REQUEST TO SET CHANGE OF PLEA
13   v.                               )    AND SENTENCING ON MAY 28, 2012
                                      )    AND TO EXCLUDE TIME UNDER THE
14   JOSEPH SOLICE ABBATE,            )    SPEEDY TRIAL ACT
                                      )
15            Defendant.              )    Date:      February 27, 2012
                                      )    Time:      10:00 a.m.
16                                    )    Court:     Hon. Saundra Brown
                                      )               Armstrong
17   _____)

18

19         The parties jointly requested that the February 27, 2012 status hearing as to Mr. Abbate

20   be vacated and that this matter be set for change of plea and sentencing on May 28, 2012 at

21   10:00 a.m.  The parties further requested that time be excluded under the Speedy Trial Act

22   between February 24, 2012 and May 28, 2012 to allow time for the Court to consider the

23   proposed plea agreement to be entered into by the defendant and the attorney for the

24   government, and to allow time for the preparation of a Presentence Investigation Report by the

25   United States Probation Office.  Defendant agreed that the Court may review the pre-plea

26   Presentence Investigation Report even though he has not yet pleaded guilty.  Good cause

27   appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

28

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON MAY 28, 2012 & TO EXCLUDE TIME
No. CR-11-00291 SBA

**IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on May 30, 2012 at 10:00 a.m., and that time between February 24, 2012 and May 30, 2012 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

**IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a Presentence Investigation Report.

DATED:_2/27/12

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge